UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v | : | 3:CR-19-32 |
| **JOHNNIE BAKER** | : | (Judge Mannion) |
| **ALEXANDER MARTINEZ** | | |
| | : | |
| **Defendants** | | |

## ORDER

AND NOW, the court having conducted a Final Pre-trial Conference, for the reasons explained on the record, **IT IS HEREBY ORDERED THAT**:

(1) Martinez's motion to compel disclosure of confidential informants, (Doc. 34), is **DENIED**;

(2) Martinez's motion for discovery under Rule 16, (Doc. 35), is **DENIED**;

(3) Martinez's motion to determine conspiracy, (Doc. 36), is **DENIED**;

(4) Martinez's motion to produce Grand Jury transcripts, (Doc. 37), is **GRANTED IN PART** and **DENIED IN PART** as specified in the court's memorandum.

(5) Martinez's motion for disclosure under Rules 404(b) and 609, (Doc. 38), is **GRANTED IN PART** and **DENIED IN PART** as specified in the court's memorandum.

(6) Martinez's motion for disclosure under Rule 807, (Doc. 39), is **DENIED** as specified in the court's memorandum;

(7) Martinez's motion for bill of particulars, (Doc. 40), is **DENIED**;

(8) Martinez's motion to produce the government's expert information, (Doc. 41), is **GRANTED**.

                                         *s/Malachy E. Mannion*
                                   **MALACHY E. MANNION**
                                   **United States District Judge**

**Dated: September 23, 2020**
19-032-01-ORDER